ORIGINAL SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 8 2014

at ____ o'clock and _____ min. P M
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2584
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Chief, Drug and Organized
  Crime Section

CHRIS A. THOMAS #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR14 00484 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846] |
| MATSU THORNTON,        (01)<br>NIKKI ARAKAWA,         (02)<br>ALECIA CONE,           (03) | |
| Defendants. | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From on or about April 4, 2013, to on or about August 20,

2013, within the District of Hawaii, and elsewhere,

**MATSU THORNTON, NIKKI ARAKAWA,**
**and ALECIA CONE**

defendants herein, did willfully and unlawfully conspire together

with each other and others known and unknown to the grand jury, to

knowingly and intentionally possess with intent to distribute fifty

(50) grams or more of methamphetamine, its salts, isomers, and salts

of its isomers, a Schedule II controlled substance, in violation

of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to distribute

methamphetamine in Hawaii.

All in violation of Title 21, United States Code, Section

846.

COUNT 2

The Grand Jury further charges that:

From on or about January 26, 2014, to on or about March 6,

2014, within the District of Hawaii, and elsewhere,

**MATSU THORNTON,** and **NIKKI ARAKAWA,**

defendants herein, did willfully and unlawfully conspire together

with each other and others known and unknown to the grand jury, to

knowingly and intentionally possess with intent to distribute fifty

(50) grams or more of methamphetamine, its salts, isomers, and salts

of its isomers, a Schedule II controlled substance, in violation

of 21 U.S.C. 846, 841(a)(1), and 841(b)(1)(A).

2

It was the object of the aforesaid conspiracy to distribute methamphetamine in Hawaii.

All in violation of Title 21, United States Code, Section 846.

### COUNT 3

The Grand Jury further charges that:

On or about March 6, 2014, in the District of Hawaii, **MATSU THORNTON**, and **NIKKI ARAKAWA**, defendants herein, did knowingly and intentionally attempt to possess with intent to distribute fifty grams, or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and(b)(1)(A).

//
//
//
//
//
//
//
//
//
//
//

DATED:  May 8, 2014, at Honolulu, Hawaii.

A TRUE BILL

_/s/ Foreperson_
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Chief, Drug and Organized Crime
    Section

CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. MATSU THORNTON, ET AL.
Cr. No. 14-
"Indictment"